**Opinion issued March 5, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00198-CV

_____

## IN RE ANGELA BASS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On February 27, 2026, Relator Angela Bass filed a petition for writ of mandamus asking this Court to compel the trial court to vacate its October 20, 2025 order granting a writ of sequestration.[1]  Relator acknowledges that the trial court

---

[1]    The underlying case is *Mercedes-Benz Financial Services USA LLC v. Angela Petrice Bass*, cause number 2025-66164, pending in the 165th District Court of Harris County, Texas, the Honorable Bruce Bain presiding.

voided the challenged order on December 29, 2025, but argues she is entitled to the same relief by mandamus.

We dismiss the mandamus petition as moot because Relator has received the relief sought in her petition, and we cannot compel the trial court to vacate an order it has already vacated. *See In re Bridger Ins. Servs*., No. 01-25-00249-CV, 2025 WL 1460732, at *1 (Tex. App.—Houston [1st Dist.] May 22, 2025, orig. proceeding) (dismissing mandamus petition as moot because trial court vacated challenged order and relator "received the relief sought" in its petition); *In re Navarro*, No. 14-24-00064-CV, 2024 WL 1514591, at *1 (Tex. App.—Houston [14th Dist.] Apr. 9, 2024, orig. proceeding) (same). We further dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.